UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2012 MAR 21 AM 11: 22

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

MARIAN HAMPRECHT

    Petitioner,

v.                                          Case No. 2:12-cv-125-FtM-29DNF

STEPHANIE HAMPRECHT

    Respondent.
_____/

## DESIGNATION AND CONSENT TO ACT IN SUPPORT OF APPLICATION FOR SPECIAL ADMISSION

Pursuant to L.R.2.02(a), Kelly A. Powers, an associate attorney with the law firm of Miles & Stockbridge P.C., an active member in good standing of the following bars:

    A.    The Court of Appeals of Maryland, December 13, 2006;

    B.    The U.S. Court of Appeals for the Ninth Circuit, February 6, 2008;

    C.    The U.S. District Court for the District of Maryland, March 3, 2008;

    D.    The U.S. District Court for the Eastern District of Michigan, December 29, 2008;

    E.    The U.S. Court of Appeals for the Eleventh Circuit May, 2009;

    F.    The U.S. District Court for the District of North Dakota, January 8, 2010;

    G.    The Supreme Court of the United States of America, January 12, 2010;

    H.    The U.S. Court of Appeals for the First Circuit, February 16, 2010;

    I.    The U.S. Court of Appeals for the Third Circuit, March 24, 2010;

    J.    The U. S. District Court for the Northern District of Illinois, September 17, 2010;

    and

    K.    The U. S. District Court for the Southern District of Texas, February 17, 2011.

    L.    The U.S. Court of Appeals for the Fifth Circuit, November 10, 2011;

    M.    The U. S. District Court for the Western District of Tennessee, November 14, 2011,

hereby applies for special admission to practice in the Middle District of Florida on a *pro hac vice* basis representing Respondent, Stephanie Hamprecht, in the above entitled action.

An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of Florida has been designated and consented to act as co-counsel in the above entitled action, who will accept service of all notices and papers that may be served and will be responsible for the progress of the case, including the trial in the event of the default of the non-resident attorneys applying for special admission. The name and contact information of that attorney is:

> Brett Barfield
> Florida Bar No. 192252
> *Trial Counsel*
> HOLLAND & KNIGHT LLP
> 701 Brickell Ave., Suite 3000
> Miami, Florida 33131
> (305) 374-8500
> (305) 789-7799 (fax)
> brett.barfield@hklaw.com

I hereby certify that I am in compliance with the fee and e-mail requirements of L.R. 2.01(d).

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 3/20/2012

Respectfully submitted,

_____
Kelly A. Powers, Esquire
*Special Admission pending*
Miles & Stockbridge P.C.
1801 K Street, N.W.
Suite 421L
Washington, D.C. 20006
(202) 465-8375
(410) 773-9102 (fax)
kpowers@milesstockbridge.com

*Attorneys for Respondent*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2012 a copy of the forgoing Designation and Consent to Act in Support of Application for Special Admission was sent via e-mail and Federal Express to:

Michelle Gervais, Esquire
Florida Bar No.: 0173827
DUANE MORRIS LLP
200 South Biscayne Boulevard
Suite 3400
Miami, Florida 33131-2318
MMGervais@duanemorris.com

*Attorneys for Petitioner*

_____
Kelly A. Powers